Ethan Horwitz (EH-7152)
Karen R. Kowalski (KK-8381)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2337
Facsimile: (212) 556-2222

Mike Stenglein
Texas State Bar No. 00791729
KING & SPALDING LLP
106 East Sixth Street, Suite 900
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

Attorneys for Alpharma Inc.



RECEIVED JUL 11 2008 U.S.D.C. CASHIERS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALPHARMA INC.<br><br>                          Plaintiff,<br><br>- against -<br><br>WYETH<br><br>                          Defendant. | Civil Action No. _____<br><br>JURY TRIAL DEMANDED |

## ALPHARMA INC.'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Alpharma Inc. files this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 as follows: Alpharma Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

*[signature]*

Ethan Horwitz (EH-7152)
Karen R. Kowalski (KK-8381)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2337
Facsimile: (212) 556-2222

Mike Stenglein
Texas State Bar No. 00791729
KING & SPALDING LLP
106 East Sixth Street, Suite 900
Austin, Texas 78701
Telephone: (512) 322-3985
Facsimile: (512) 322-3961

Attorneys for Plaintiff Alpharma Inc.