Horwitz, Ethan (EH-7152)
Karen Kowalski (KK-8381)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2337
Facsimile: (212) 556-2222



Mike Stenglein
Texas State Bar No. 00791729
KING & SPALDING LLP
106 East Sixth Street, Suite 900
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

Attorneys for Alpharma Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALPHARMA INC.**<br><br>Plaintiff,<br><br>- against -<br><br>**WYETH**<br><br>Defendant. | No. 08 Civ. 6290 (LTS) |

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Karen R. Kowalski, attorney for Alpharma, Inc. and said sponsor

attorney's affidavit in support; **IT IS HEREBY ORDERED THAT**

950312 v1

Applicant's Name:     Franz Michael Stenglein
Firm Name:            King & Spalding LLP
Address:              106 East Sixth Street, Suite 900
City/State/Zip:       Austin, Texas  78701
Phone Number:         (512) 322-3985
Fax Number:           (512) 322-3961
To Represent:         Plaintiff

is admitted to practice pro hac vice as counsel for Plaintiff Alpharma, Inc. in the above captioned

case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules

governing discipline of all attorneys.  If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____7/17/08_____

City, State: _____N, NY_____

_____
United States District Judge