ORIGINAL

Horwitz, Ethan (EH-7152)
Karen Kowalski (KK-8381)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2337
Facsimile: (212) 556-2222

Mike Stenglein
Texas State Bar No. 00791729
KING & SPALDING LLP
106 East Sixth Street, Suite 900
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

Attorneys for Alpharma Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALPHARMA INC.<br><br>         Plaintiff,<br><br>  - against -<br><br>WYETH<br><br>         Defendant. | No. 08 Civ. 6290 (LTS) |

## MOTION TO ADMIT COUNSEL PROHAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Karen R. Kowalski, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

950319 v1

|  |  |
|---|---|
| Applicant's Name: | Franz Michael Stenglein |
| Firm Name: | King & Spalding LLP |
| Address: | 106 East Sixth Street, Suite 900 |
| City/State/Zip: | Austin, Texas 78701 |
| Phone Number: | (512) 322-3985 |
| Fax Number: | (512) 322-3961 |
| To Represent: | Defendant |

Franz Michael Stenglein is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against Franz Michael Stenglein in any State or Federal court.

Dated: July 15, 2008

Respectfully submitted,

_____
Karen R. Kowalski (KK8381)

King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone (212) 556-2100
Facsimile (212) 556-2222

Attorney for Defendant

Horwitz, Ethan (EH-7152)
Karen Kowalski (KK-8381)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2337
Facsimile: (212) 556-2222

Mike Stenglein
Texas State Bar No. 00791729
KING & SPALDING LLP
106 East Sixth Street, Suite 900
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

Attorneys for Alpharma Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALPHARMA INC.<br><br>                             Plaintiff,<br><br>        - against -<br><br>WYETH<br><br>                            Defendant. | No. 08 Civ. 6290 (LTS) |

**AFFIDAVIT OF KAREN R. KOWALSKI IN SUPPORT
OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

State of New York    )
                              )     SS:
County of New York  )

Karen R. Kowalski, being duly sworn, hereby deposes and says as follows:

950313 v1

1. I am an associate at King & Spalding LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Franz Michael Stenglein as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in September 2002. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Stenglein is a Partner at King & Spalding LLP in Austin, Texas and joined the firm in 2008. He is a member in good standing of the State Bar of Texas. I have attached Mr. Stenglein's Certificate of Good Standing.

4. I have known and worked with Mr. Stenglein since he joined King & Spalding and have found Mr. Stenglein to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Franz Michael Stenglein, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Franz Michael Stenglein, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Franz Michael Stenglein, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

*Karen R. Kowalski*
Karen R. Kowalski

Sworn to before me this
15TH day of July, 2008

*Anne Marie Capuano*
Notary Public

ANNE MARIE CAPUANO
Notary Public, State Of New York
No. 24-4923102
Qualified In Kings County
Commission Expires March 14, 20 10

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

July 1, 2008

Re:   Franz Michael Stenglein, State Bar Number 00791729

To Whom It May Concern:

This is to certify that Mr. Franz Michael Stenglein was licensed to practice law in Texas on November 4, 1994, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Stenglein's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss



Horwitz, Ethan (EH-7152)
Karen Kowalski (KK-8381)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2337
Facsimile: (212) 556-2222

Mike Stenglein
Texas State Bar No. 00791729
KING & SPALDING LLP
106 East Sixth Street, Suite 900
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

Attorneys for Alpharma Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| ALPHARMA INC.<br><br>                                Plaintiff,<br><br>- against -<br><br>WYETH<br><br>                                Defendant. | No. 08 Civ. 6290 (LTS) |
|---|---|

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Karen R. Kowalski, attorney for Alpharma, Inc. and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDERED THAT**

950312 v1

|                   |                                |
|-------------------|--------------------------------|
| Applicant's Name: | Franz Michael Stenglein        |
| Firm Name:        | King & Spalding LLP            |
| Address:          | 106 East Sixth Street, Suite 900 |
| City/State/Zip:   | Austin, Texas 78701            |
| Phone Number:     | (512) 322-3985                 |
| Fax Number:       | (512) 322-3961                 |
| To Represent:     | Plaintiff                      |

is admitted to practice pro hac vice as counsel for Plaintiff Alpharma, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of all attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____

City, State: _____

 

                                                                                                             United States District Judge

Horwitz, Ethan (EH-7152)
Karen Kowalski (KK-8381)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2337
Facsimile: (212) 556-2222

Mike Stenglein
Texas State Bar No. 00791729
KING & SPALDING LLP
106 East Sixth Street, Suite 900
Austin, Texas 78701
Telephone: (512) 457-2000
Facsimile: (512) 457-2100

Attorneys for Alpharma Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALPHARMA INC.** <br><br> Plaintiff, <br><br> - against - <br><br> **WYETH** <br><br> Defendant. | No. 08 Civ. 6290 (LTS) |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the Registered Agent for Defendant with a true and correct copy of the (i) Motion To Admit Counsel Pro Hac Vice, (ii) Affidavit of Karen R. Kowalski In Support Of Motion To Admit Counsel Pro Hac Vice, (iii) Certificate of Good Standing for the Supreme Court of Texas, and (iv) Order For Admission Pro Hac Vice On

950315 v1

Written Motion by causing the same to be deposited in the United States Mail in an envelope with adequate postage affixed thereon to ensure delivery via first-class mail as follows:

Wyeth
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE  19808
*Registered Agent for Defendant Wyeth*

Date:  July 15, 2008

_____
Karen R. Kowalski (KK8381)