Horwitz, Ethan (EH-7152)
Karen Kowalski (KK-8381)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036-4003
Telephone:  (212) 556-2337
Facsimile:  (212) 556-2222

Mike Stenglein
Texas State Bar No. 00791729
KING & SPALDING LLP
106 East Sixth Street, Suite 900
Austin, Texas  78701
Telephone:  (512) 457-2000
Facsimile:  (512) 457-2100

Attorneys for Alpharma Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALPHARMA INC.**<br><br>                              Plaintiff,<br><br>          - against -<br><br>**WYETH**<br><br>                              Defendant. | No. 08 Civ. 6290 (LTS) |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the Registered Agent for Defendant with a true and correct copy of the Initial Conference Order, dated July 16, 2008, by causing the same to be deposited in the United States Mail in an envelope with adequate postage affixed thereon to ensure delivery via first-class mail as follows: Wyeth, c/o The Prentice-Hall Corporation System, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE  19808.

Date:  July 22, 2008                                         ____*/s/ Karen R. Kowalski*___
                                                                            Karen R. Kowalski (KK8381)