Swain, J

Steven R. Schoenfeld
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

Attorneys for Defendant Wyeth



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ALPHARMA INC.,

         Plaintiff,

    v.

WYETH,

         Defendant.
--------------------------------------------------------X

Civil Action No.:
08 Civ. 6290 (LTS)

### STIPULATION TO SET AND EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT

IT IS HEREBY STIPULATED, by and between the undersigned attorneys for the Plaintiff Alpharma Inc. and the Defendant Wyeth, that Wyeth's time to answer or otherwise respond to the Complaint in this action is extended to and including September 15, 2008.

Dated: New York, New York
       July 21, 2008

KING & SPALDING LLP

By: /s/ Mike Stenglein
    Mike Stenglein

1185 Avenue of the Americas
New York, New York 10036-4003
(212) 556-2337

Attorneys for Plaintiff Alpharma Inc.

DORSEY & WHITNEY LLP

By: /s/ Steven R. Schoenfeld
    Steven R. Schoenfeld

250 Park Avenue
New York, NY 10177-1500
(212) 415-9200

Attorneys for Defendant Wyeth

SO ORDERED.

/s/ Laura Taylor Swain   7/25/08
Laura Taylor Swain
United States District Judge

4814-3556-7618\1