UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALPHARMA INC.

       Plaintiff,

 - against -

WYETH,

       Defendant.

Civil Action No. 6290

SUMMONS

TO:  Wyeth
   Five Giralda Farms
   Madison, New Jersey 07940

This document is a summons.

**YOU ARE HEREBY SUMMONED** and required to serve an answer to the complaint that was served along with this summons. You must serve your answer to the complaint within 20 days of the service of this summons on you. The 20-day period for your answer does not include the day on which you were served with this summons.

Your answer to the complaint must be served on Ethan Horwitz and Karen R. Kowalski, whose address is King & Spalding LLP, 1185 Avenue of the America, New York, New York 10036, and Mike Stenglein, whose address is King & Spalding LLP, 106 East Sixth Street, Suite 900, Austin, Texas 78701, attorneys for Alpharma Inc. in this matter.

If you fail to serve a timely answer to the complaint, judgment by default will be taken against you for the relief demanded in the complaint.

JUL 1 1 2008

J. MICHAEL McMAHON
———————————————   ———————————————
CLERK OF THE COURT        DATE

———————————————
(By) Deputy Clerk

950048 v1

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Index No.

**ALPHARMA INC.**

                Plaintiff(s),

                                                                       Case No. 08 Civ. 6290 (LTS)

        -against-

                                                                        Judge Laura Taylor Swain

**WYETH,**

                Defendant(s)

------------------------------------------------------------X

I, Ben Lougheed, of the State of Delaware, County of New Castle, being duly sworn, says that on the 14th day of July, 2008, at 10:25 a.m., I personally served a copy of a SUMMONS and COMPLAINT on the defendant **WYETH**, by serving the registered agent, The Prentice-Hall Corporation System, Inc, at the address of 2711 Centerville Road, Suite 400, Wilmington, DE. 19808.

Name of individual personally served: Mary Drummond-Section Head.
Description of individual served: White Female, between 5'1" and 5'3" 130 to 160 lbs with brown hair.

Subscribed and sworn before me
this 23rd day of July, 2008.

_____
Notary Public

My commission exp CAREY M. SHEA.
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 24, 2011