Steven R. Schoenfeld
Sumiko Soekawa
Charisa Tak
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
(212) 415-9331 telephone
(212) 935-7201 fax

*Attorneys for Wyeth*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALPHARMA INC.,**<br><br>                    Plaintiff,<br><br>- against -<br><br>**WYETH,**<br><br>                    Defendant. | Civil Action No. 08 Civ 6290 |

**RULE 7.1 STATEMENT**

Defendant WYETH, by and through its counsel, hereby certifies pursuant to Rule 7.1 of the Fed. R. Civ. P., that Wyeth has no parent company, and that based upon a review of Schedules 13G and 13D filed with the Securities and Exchange Commission by holders of Wyeth common stock, no person or entity known by us beneficially owns more than 10% of Wyeth's common stock.

Dated: New York, New York

September 4, 2008

DORSEY & WHITNEY LLP

By: /s/_____
    Steven R. Schoenfeld
    Sumiko Soekawa
    Charisa S. Tak

-2-

        250 Park Avenue
        New York, New York 10 177
        *Attorneys for Wyeth*

Case 1:08-cv-06290-LTS    Document 9    Filed 09/05/2008    Page 2 of 2

-2-